**Order entered March 6, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00049-CR

**QUINN, JOHN GERARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-81971-09**

## ORDER

Appellant's March 4, 2013 Motion for Leave to Reopen Appeal in Order to Request Oral Argument and to Submit a Reply Brief is **GRANTED**. Appellant's Reply Brief, tendered to the Clerk on March 4, 2013, is **ORDERED** filed as of the date of this order. It is **FURTHER ORDERED**–because the State earlier requested oral argument only if appellant requested oral argument as well–that both parties may present oral argument when this case is submitted on March 26, 2013 at one o'clock, p.m.

/David Lewis/
DAVID LEWIS
JUSTICE